**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jose**<br>First name<br><br>**Luis**<br>Middle name<br><br>**Gonzalez**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | **Sahira**<br>First name<br><br>**Berenice**<br>Middle name<br><br>**Gonzalez**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **5   0   7   9**<br>OR<br>9xx - xx - ___ ___ ___ ___ | xxx - xx - **0   7   0   5**<br>OR<br>9xx - xx - ___ ___ ___ ___ |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):**

**4.  Your Employer Identification Number (EIN), if any.**

EIN  _ _ – _ _ _ _ _ _ _

EIN  _ _ – _ _ _ _ _ _ _

EIN  _ _ – _ _ _ _ _ _ _

EIN  _ _ – _ _ _ _ _ _ _

---

**5.  Where you live**

**24814 Alberti Sonata Dr.**
Number        Street

**24814 Alberti Sonata Dr**

**Katy, TX 77493**
City                                      State      ZIP Code

**Harris**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                                      State      ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                                      State      ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                                      State      ZIP Code

---

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|----------|----------|----------|--------------|--|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number          Street

_____

_____
City                    State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard? _____
_____
_____

If immediate attention is needed, why is it needed? _____
_____
_____

Where is the property? _____
Number        Street

_____
City                                    State        ZIP Code

Debtor 1    **Jose**           **Luis**            **Gonzalez**
            **Sahira**         **Berenice**        **Gonzalez**
Debtor 2
            First Name         Middle Name         Last Name                              Case number *(if known)* _____

---

**Part 5:**  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | |

---

**Part 6:** Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts. _____

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.
☑ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:** Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Jose Luis Gonzalez**
Jose Luis Gonzalez, Debtor 1
Executed on **09/18/2025**
MM/ DD/ YYYY

X **/s/ Sahira Berenice Gonzalez**
Sahira Berenice Gonzalez, Debtor 2
Executed on **09/18/2025**
MM/ DD/ YYYY

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ La Shon Yvette Fleming Bruce** _____      Date **09/18/2025** _____
Signature of Attorney for Debtor                                                        MM / DD / YYYY

**La Shon Yvette Fleming Bruce** _____
Printed name

**The Fleming-Bruce Law Firm, P.L.L.C.** _____
Firm name

**12777 Jones Road Suite 110** _____
Number        Street

_____

**Houston** _____      **TX**    **77070** _____
City                                                                 State    ZIP Code

Contact phone  **(281) 469-9090** _____      Email address **lyfleming@flemingbrucelaw.com** _____

**24007188** _____      **TX** _____
Bar number                                                           State

---

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose** | **Luis** | **Gonzalez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Sahira** | **Berenice** | **Gonzalez** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1  **2498 square foot with 4 bedrooms and 2.5 bathrooms, attached 2-car garage**

Street address, if available, or other description

**24814 Alberti Sonata Dr**

**Katy, TX 77493**
City          State      ZIP Code

**Harris**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Source of Value: **HCAD**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $310,317.00

**Current value of the portion you own?**  $310,317.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ **Check if this is community property** (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..............................................  →  $310,317.00

### Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor    Gonzalez, Jose Luis; Gonzalez, Sahira Berenice                          Case number *(if known)*_____

| 3.1 | Make: | **Honda** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Make: **Honda**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Model: **Pilot**

Year: **2020**

Approximate mileage: **45,869**

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,594.00** | **$20,594.00** |

Other information:

Source of Value: KBB
VIN: 5FNYF5H57LB029273

If you own or have more than one, describe here:

3.2

Make: **Honda**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Model: **Accord**

Year: **2013**

Approximate mileage: **189,421**

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,376.00** | **$3,376.00** |

Other information:

Source of Value: KBB
VIN: 1HGCR2F30DA062354

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1

Make: _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Model: _____

Year: _____

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|

Other information:

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ......................................................... ➡

**$23,970.00**

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Debtor   **Gonzalez, Jose Luis; Gonzalez, Sahira Berenice**                                   Case number *(if known)* _____

---

6. **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No

   ☑ Yes. Describe. .........  | See Attached. |                                          **$2,050.00**

7. **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music
   collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........  | See Attached. |                                          **$1,060.00**

8. **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or
   baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and
   kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........  | **All Clothing (including shoes, coats, hats, etc.)** |        **$500.00**

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold,
    silver

    ☐ No

    ☑ Yes. Describe. .........  | **Other Jewelry/Watches**  **Wedding Rings** |              **$700.00**

Debtor  **Gonzalez, Jose Luis; Gonzalez, Sahira Berenice**                    Case number *(if known)*

---

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No

    ☑ Yes. Give specific information. ..............

    | Lawnmower | |
    |---|---|
    | Yard Tools/Equipment | $90.00 |

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...................................................................................................... ➡ **$4,400.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No

    ☐ Yes ...................................................................................................... Cash: ...................

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes .....................        Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | **CHASE** Account Number: XXXXX4234 | $53.93 |
    | 17.2. Checking account: | **Wells Fargo** Account Number: XXXXXX6333 | $62.94 |
    | 17.3. Checking account: | **Wells Fargo Bank** Account Number: XXXXX0280 | $60.69 |
    | 17.4. Savings account: | **DailyPay Visa** Account Number: XXXXXXXX4523 | $10.12 |
    | 17.5. Other financial account: | **DailyPay** | $47.51 |

---

Debtor   **Gonzalez, Jose Luis; Gonzalez, Sahira Berenice**          Case number *(if known)* _____

---

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ..................   Institution or issuer name:

_____   _____

_____   _____

_____   _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific
information about
them....................   Name of entity:                                              % of ownership:

_____   _____   _____

_____   _____   _____

_____   _____   _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them....................   Issuer name:

_____   _____

_____   _____

_____   _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each
account separately.   Type of account:      Institution name:

401(k) or similar plan:   **Fidelity Investments 403(B) Plan**                              **$9,554.38**

401(k) or similar plan:   **Fidelity Investments 403(B) Plan**                              **$10,711.26**

401(k) or similar plan:   **Fidelity Investments Defined Contribution Plan (DCP) - 401(A)**   **$9,498.92**

Retirement account:      **Fidelity Investments Defined Contribution Plan (DCP) - 401(A)**   **$8,027.64**

---

Official Form 106A/B                          **Schedule A/B: Property**                          page **5**

Debtor    **Gonzalez, Jose Luis; Gonzalez, Sahira Berenice**          Case number *(if known)*

---

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No

    ☐ Yes ..................... Institution name or individual:

    |  | Electric: | |
    |  | Gas: | |
    |  | Heating oil: | |
    |  | Security deposit on rental unit: | |
    |  | Prepaid rent: | |
    |  | Telephone: | |
    |  | Water: | |
    |  | Rented furniture: | |
    |  | Other: | |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific information about them. ...

Debtor    **Gonzalez, Jose Luis; Gonzalez, Sahira Berenice**                    Case number *(if known)*_____

---

26.    **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them. ...

---

27.    **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them. ...

---

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28.    **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................

Federal: _____

State: _____

Local: _____

---

29.    **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
settlement

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

---

30.    **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

_____

---

Debtor  __Gonzalez, Jose Luis; Gonzalez, Sahira Berenice__          Case number *(if known)* _____

---

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company
    of each policy and list its value. ...          Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ...............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ...............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................................➡          | $38,027.39 |

---

**Part 5:**          Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

---

Debtor  **Gonzalez, Jose Luis; Gonzalez, Sahira Berenice** _____ Case number *(if known)* _____

---

38.     **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. ......... [                                    ] _____

39.     **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. ......... [                                    ] _____

40.     **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. ......... [                                    ] _____

41.     **Inventory**

☑ No

☐ Yes. Describe. ......... [                                    ] _____

42.     **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe ....... 

                Name of entity:                                      % of ownership:

                _____          _____    _____

                _____          _____    _____

43.     **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

                ☐ No

                ☐ Yes. Describe. ......... [                                    ] _____

---

Debtor   **Gonzalez, Jose Luis; Gonzalez, Sahira Berenice**                                    Case number *(if known)* _____

---

44. **Any business-related property you did not already list**

   ☑ No

   ☐ Yes. Give specific
   information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
   **for Part 5. Write that number here** ...................................................................................................... ➜ | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ☑ No. Go to Part 7.

   ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

   *Examples:* Livestock, poultry, farm-raised fish

   ☑ No

   ☐ Yes .........................

48. **Crops—either growing or harvested**

   ☑ No

   ☐ Yes. Give specific
   information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☑ No

   ☐ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**

   ☑ No

   ☐ Yes .........................

---

Debtor  **Gonzalez, Jose Luis; Gonzalez, Sahira Berenice** _____     Case number *(if known)* _____

---

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**
**for Part 6. Write that number here** .................................................................................. ➡ | **$0.00**

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .............. ➡ | **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ........................................................................... ➡ | **$310,317.00**

56. **Part 2: Total vehicles, line 5**                                  **$23,970.00**

57. **Part 3: Total personal and household items, line 15**           **$4,400.00**

58. **Part 4: Total financial assets, line 36**                        **$38,027.39**

59. **Part 5: Total business-related property, line 45**               **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

61. **Part 7: Total other property not listed, line 54**          +    **$0.00**

62. **Total personal property.** Add lines 56 through 61. ...............  **$66,397.39**  Copy personal property total ➡  +  **$66,397.39**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................  **$376,714.39**

---

Debtor  **Gonzalez, Jose Luis; Gonzalez, Sahira Berenice**　　　　Case number *(if known)*

| | Continuation Page |
|---|---|

| | | |
|---|---|---:|
| 6. | **Household goods and furnishings** | |
| | | $300.00 |
| | **Bedroom Furniture** | $500.00 |
| | **Cooking Utensils** | $100.00 |
| | **Cookware (Pots/Pans)** | $80.00 |
| | **Desks/Office Furniture** | $40.00 |
| | **Dining Room Furniture** | $100.00 |
| | **Dressers/Nightstands** | $100.00 |
| | **Lamps and Accessories** | $30.00 |
| | **Microwave** | $30.00 |
| | **Refrigerator** | $200.00 |
| | **Silverware/Flatware** | $60.00 |
| | **Stove/Cooking Unit** | $100.00 |
| | **Tables and Chairs** | $60.00 |
| | **Washer/Dryer** | $350.00 |
| 7. | **Electronics** | |
| | **Bluetooth Speakers** | $30.00 |
| | **Cell Phones** | $400.00 |
| | **Computer Printers** | $30.00 |
| | **Computer(s)** | $200.00 |
| | **Televisions** | $400.00 |

Fill in this information to identify your case:

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2498 square foot with 4 bedrooms and 2.5 bathrooms, attached 2-car garage**<br>**24814 Alberti Sonata Dr**<br>**24814 Alberti Sonata Dr**<br>**Katy, TX 77493** | $310,317.00 | | |
| Line from *Schedule A/B*: **1.1** | | ☑ $92,510.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | Jose | Luis | Gonzalez | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Sahira | Berenice | Gonzalez | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2020 Honda Pilot** VIN: **5FNYF5H57LB029273**<br>Line from *Schedule A/B*: **3.1** | $20,594.00 | ☑ **$13,339.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2013 Honda Accord** VIN: **1HGCR2F30DA062354**<br>Line from *Schedule A/B*: **3.2** | $3,376.00 | ☑ **$3,376.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **Stove/Cooking Unit**<br>Line from *Schedule A/B*: **6** | $100.00 | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Refrigerator**<br>Line from *Schedule A/B*: **6** | $200.00 | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Washer/Dryer**<br>Line from *Schedule A/B*: **6** | $350.00 | ☑ **$350.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Microwave**<br>Line from *Schedule A/B*: **6** | $30.00 | ☑ **$30.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Cooking Utensils**<br>Line from *Schedule A/B*: **6** | $100.00 | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | Jose | Luis | Gonzalez | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Sahira | Berenice | Gonzalez | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Silverware/Flatware**<br><br>Line from *Schedule A/B:* __6__ | **$60.00** | ☑ **$60.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Cookware (Pots/Pans)**<br><br>Line from *Schedule A/B:* __6__ | **$80.00** | ☑ **$80.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Household goods**<br><br>Line from *Schedule A/B:* __6__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dining Room Furniture**<br><br>Line from *Schedule A/B:* __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Tables and Chairs**<br><br>Line from *Schedule A/B:* __6__ | **$60.00** | ☑ **$60.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bedroom Furniture**<br><br>Line from *Schedule A/B:* __6__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dressers/Nightstands**<br><br>Line from *Schedule A/B:* __6__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Lamps and Accessories**<br><br>Line from *Schedule A/B:* __6__ | **$30.00** | ☑ **$30.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Desks/Office Furniture**<br><br>Line from *Schedule A/B:* __6__ | **$40.00** | ☑ **$40.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Televisions** <br> Line from *Schedule A/B*: **7** | **$400.00** | ☑ **$400.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bluetooth Speakers** <br> Line from *Schedule A/B*: **7** | **$30.00** | ☑ **$30.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Computer(s)** <br> Line from *Schedule A/B*: **7** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Computer Printers** <br> Line from *Schedule A/B*: **7** | **$30.00** | ☑ **$30.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Cell Phones** <br> Line from *Schedule A/B*: **7** | **$400.00** | ☑ **$400.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **All Clothing (including shoes, coats, hats, etc.)** <br> Line from *Schedule A/B*: **11** | **$500.00** | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Wedding Rings** <br> Line from *Schedule A/B*: **12** | **$600.00** | ☑ **$600.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **Other Jewelry/Watches** <br> Line from *Schedule A/B*: **12** | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **Lawnmower** <br> Line from *Schedule A/B*: **14** | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Yard Tools/Equipment**<br><br>Line from *Schedule A/B:* **14** | **$40.00** | ☑ **$40.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Fidelity Investments Defined Contribution Plan (DCP) - 401(A)**<br><br>Line from *Schedule A/B:* **21** | **$8,027.64** | ☑ **$8,027.64**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **Fidelity Investments 403(B) Plan**<br><br>Line from *Schedule A/B:* **21** | **$9,554.38** | ☑ **$9,554.38**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **Fidelity Investments 403(B) Plan**<br><br>Line from *Schedule A/B:* **21** | **$10,711.26** | ☑ **$10,711.26**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **Fidelity Investments Defined Contribution Plan (DCP) - 401(A)**<br><br>Line from *Schedule A/B:* **21** | **$9,498.92** | ☑ **$9,498.92**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose** | **Luis** | **Gonzalez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** **AMERICAN HONDA FINANCE**

Creditor's Name

**3625 W ROYAL LN STE 100**

Number          Street

**IRVING, TX 75063**

City          State          ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred   **8/11/2020**

Describe the property that secures the claim:

| **2020 Honda Pilot** |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   **AutoLoan**

Last 4 digits of account number   **4   7   8   7**

Column A: **$7,255.00**   Column B: **$20,594.00**   Column C: **$0.00**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$7,255.00** |
|---|---|

| Debtor 1 | Jose | Luis | Gonzalez | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | Sahira | Berenice | Gonzalez | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.2 JPMCB - HOME LENDING**

| | |
|---|---|
| **JPMCB - HOME LENDING** | Describe the property that secures the claim: **$217,807.00** **$310,317.00** **$0.00** |
| Creditor's Name | |

Describe the property that secures the claim:    **$217,807.00**    **$310,317.00**    **$0.00**

**700 KANSAS LN**

Number    Street

> **2498 square foot with 4 bedrooms and 2.5 bathrooms, attached 2-car garage**
> 24814 Alberti Sonata Dr 24814 Alberti Sonata Dr Katy, TX 77493

**MONROE, LA 71203**

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   2/4/2022    **Last 4 digits of account number**   4   6   5   5

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$217,807.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$225,062.00** |

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page __2__ of __2__

**Fill in this information to identify your case:**

Debtor 1   **Jose**          **Luis**          **Gonzalez**
           First Name        Middle Name       Last Name

Debtor 2   **Sahira**        **Berenice**      **Gonzalez**
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____**Southern**_____  District of  ____**Texas**____

Case number
(if known)      _____

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---------|---------------------------------------------|

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---------|-----------------------------------------------|

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|--|--|-------------|

**4.1**  **AMERICAN EXPRESS**

Nonpriority Creditor's Name

**P.O. BOX 6031**

Number          Street

**Carol Stream, IL 60197-6031**

City            State           ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3   0   0   0**          $10,653.54

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.2**

**AMERICAN EXPRESS**
Nonpriority Creditor's Name

**P.O. BOX 6031**
Number          Street

**Carol Stream, IL 60197-6031**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3  0  0  6**        $2,435.28

**When was the debt incurred?**          **10/14/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.3**

**AMERICAN EXPRESS**
Nonpriority Creditor's Name

**P.O. BOX 981537**
Number          Street

**EL PASO, TX 79998**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0  4  2  3**        $10,693.00

**When was the debt incurred?**          **5/31/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

### 4.4

**AMERICAN EXPRESS**
Nonpriority Creditor's Name

**P.O. BOX 981537**
Number          Street

**EL PASO, TX 79998**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    9    4    5    3          **$2,475.00**

When was the debt incurred?          **1/25/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CreditCard**

---

### 4.5

**AMERICAN EXPRESS**
Nonpriority Creditor's Name

**P.O. BOX 981537**
Number          Street

**EL PASO, TX 79998**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    4    0    5    3          **$0.00**

When was the debt incurred?          **12/3/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Unsecured**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.6**

| **AMERICAN EXPRESS** | Last 4 digits of account number | 1 3 1 3 | $0.00 |

Nonpriority Creditor's Name

**P.O. BOX 981537**

Number          Street

When was the debt incurred?          **1/4/2018**

**EL PASO, TX 79998**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.7**

| **American Express National Bank** | Last 4 digits of account number | 6 9 8 6 | $10,693.54 |

Nonpriority Creditor's Name

**P.O. Box 30384**

Number          Street

When was the debt incurred?          _____

**Salt Lake City, UT 84130**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|----------|----------|----------|--------------|

| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
|----------|------------|--------------|--------------|
| | First Name | Middle Name | Last Name |

---

**Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    | Total claim

---

**4.8**   **AMERICAN HONDA FINANCE**

Nonpriority Creditor's Name

**3625 W ROYAL LN STE 100**

Number            Street

**IRVING, TX 75063**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2   5   0   8**                  **$0.00**

**When was the debt incurred?**            **7/29/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **AutoLoan**

---

**4.9**   **AMERICAN HONDA FINANCE**

Nonpriority Creditor's Name

**10801 WALKER ST STE 140**

Number            Street

**CYPRESS, CA 90630**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3   5   7   0**                  **$0.00**

**When was the debt incurred?**            **8/11/2013**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **AutoLoan**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

### 4.10 AMERICAN HONDA FINANCE

Nonpriority Creditor's Name

**10801 WALKER ST STE 140**

Number          Street

**CYPRESS, CA 90630**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **3   5   7   0**          **$0.00**

**When was the debt incurred?**          **8/11/2013**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **AutoLoan**

### 4.11 AMEX

Nonpriority Creditor's Name

**PO BOX 297871**

Number          Street

**FORT LAUDERDALE, FL 33329**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **X   X   X   X**          **$0.00**

**When was the debt incurred?**          **4/9/2014**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.12** **AMEX**

Nonpriority Creditor's Name

**PO BOX 297871**

Number          Street

**FORT LAUDERDALE, FL 33329**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  X  X  X  X          **$0.00**

When was the debt incurred?          **4/9/2014**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

---

**4.13** **AMEX**

Nonpriority Creditor's Name

**PO BOX 297871**

Number          Street

**FORT LAUDERDALE, FL 33329**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  X  X  X  X          **$0.00**

When was the debt incurred?          **4/9/2014**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.14**  **AQUA FINANCE INC**
Nonpriority Creditor's Name

**1 CORP DR STE 300**
Number              Street

**WAUSAU, WI 54401**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1   9   8   1**        $0.00

**When was the debt incurred?**        **3/30/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **LineOfCredit**

---

**4.15**  **BANK OF AMERICA**
Nonpriority Creditor's Name

**PO BOX 982238**
Number              Street

**EL PASO, TX 79998**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   6   5   7**        $0.00

**When was the debt incurred?**        **4/5/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|----------|----------|----------|--------------|

|          | First Name | Middle Name | Last Name |

| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
|----------|----------|----------|--------------|

First Name | Middle Name | Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.16 BARCLAYS BANK/BAN REP

Nonpriority Creditor's Name

**PO BOX 8803**

Number          Street

**WILMINGTON, DE 19899**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   6  3  5  8          **$895.82**

When was the debt incurred?          **3/27/2022**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

### 4.17 BEST BUY/CBNA

Nonpriority Creditor's Name

**50 NORTHWEST POINT ROAD**

Number          Street

**ELK GROVE VILLAGE, IL 60007**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   9  3  2  2          **$0.00**

When was the debt incurred?          **5/26/2013**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|----------|----------|----------|--------------|------|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

### Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.18**

**CADENCE BANK**
Nonpriority Creditor's Name

**301 UNIVERSITY DR**
Number          Street

**STARKVILLE, MS 39759**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6  8  4  0**          $0.00

When was the debt incurred?          **2/22/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.19**

**CAP1/KOHLS DEPARTMEN**
Nonpriority Creditor's Name

**N56 RIDGEWOOD DR**
Number          Street

**MENOMONEE FAL, WI 53051**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7  8  7  3**          $0.00

When was the debt incurred?          **6/5/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **ChargeAccount**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|----------|----------|----------|--------------|------------------------------------------|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

### 4.20 CAP1/KOHLS DEPT STORE

Nonpriority Creditor's Name

**N56 RIDGEWOOD DR**

Number        Street

**MENOMONEE FAL, WI 53051**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2  0  7  2**          **$0.00**

When was the debt incurred?        **11/9/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **ChargeAccount**

---

### 4.21 CAPITAL ONE

Nonpriority Creditor's Name

**PO BOX 31293**

Number        Street

**SALT LAKE CITY, UT 84131**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7  0  5  2**          **$0.00**

When was the debt incurred?        **5/10/2011**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
| | First Name | Middle Name | Last Name |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.22 CAPITAL ONE

Nonpriority Creditor's Name

**PO BOX 31293**

Number          Street

**SALT LAKE CITY, UT 84131**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    3  9  4  1          $0.00

When was the debt incurred?    5/11/2012

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

### 4.23 CHASE FREEDOM

Nonpriority Creditor's Name

**P.O. BOX 6294**

Number          Street

**Carol Stream, IL 60197-6294**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    6  3  3  7          $5,210.63

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.24**  **Chase Freedom Unlimited**

Nonpriority Creditor's Name

**P.O. BOX 15123**

Number          Street

**Wilmington, DE 19850-5123**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3   3   6   9**

When was the debt incurred?          **10/26/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**$4,792.76**

---

**4.25**  **CITI TY MC/CBNA**

Nonpriority Creditor's Name

**PO BOX 6283**

Number          Street

**SIOUX FALLS, SD 57117**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   1   5**

When was the debt incurred?          **2/13/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**$0.00**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | Total claim |
|---|---|

**4.26**

**CITIBANK N.A.**
Nonpriority Creditor's Name

**P.O. BOX 9001037**
Number        Street

**Escondido, CA 40290-1037**
City            State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **2   6   1   2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$4,330.84**

**4.27**

**CITIBANKNA**
Nonpriority Creditor's Name

**PO BOX 769006**
Number        Street

**SAN ANTONIO, TX 78245**
City            State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5   5   2   4**

**When was the debt incurred?**    **3/28/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

**$13,284.00**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                      Total claim

---

**4.28**   **CITICARDS CBNA**

Nonpriority Creditor's Name

**PO Box 6241**

Number          Street

**Sioux Falls, SD 57117**

City              State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **9   5   6   0**          **$0.00**

When was the debt incurred?          **8/4/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

**4.29**   **CITICARDS CBNA**

Nonpriority Creditor's Name

**PO Box 6241**

Number          Street

**Sioux Falls, SD 57117**

City              State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **6   5   9   7**          **$0.00**

When was the debt incurred?          **12/30/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|----------|----------|----------|--------------|

| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
|----------|------------|--------------|--------------|
|          | First Name | Middle Name  | Last Name    |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

### 4.30

**COMENITYBANK/BREADRWDS**
Nonpriority Creditor's Name

**PO BOX 182789**

Number          Street

**COLUMBUS, OH 43218**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8  8  3  4**          **$0.00**

When was the debt incurred?          **11/23/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

### 4.31

**COMENITYCB/MYPLACERWDS**
Nonpriority Creditor's Name

**PO BOX 182120**

Number          Street

**COLUMBUS, OH 43218**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1  8  6  0**          **$0.00**

When was the debt incurred?          **11/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.32**   **DISCOVER BANK**

Nonpriority Creditor's Name

**PO BOX 30939**

Number    Street

**SALT LAKE CITY, UT 84130**

City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   9   1   4   2     **$0.00**

When was the debt incurred?    **5/29/2017**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.33**   **DISCOVER IT**

Nonpriority Creditor's Name

**P.O. BOX 71242**

Number    Street

**Charlotte, NC 28272-1242**

City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   0   6   0   9     **$18,800.77**

When was the debt incurred?    **01/27/2015**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose** | **Luis** | **Gonzalez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | Total claim |
|---|---|

---

**4.34**   **FEB RETAIL/CCI**
Nonpriority Creditor's Name

**PO BOX 4499**
Number          Street

**BEAVERTON, OR 97076**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7   5   3   3**          $0.00

When was the debt incurred?          **2/14/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.35**   **HOME DEPOT CREDIT SERVICES**
Nonpriority Creditor's Name

**P.O. BOX 78011**
Number          Street

**Phoenix, AZ 85062-8011**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8   6   8   5**          $1,107.56

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

**4.36**   **JPMCB - CARD SERVICE**
Nonpriority Creditor's Name

**PO BOX 15369**
Number          Street

**WILMINGTON, DE 19850**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9   3   4   0**                $0.00

**When was the debt incurred?**          **5/27/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**4.37**   **JPMCB - CARD SERVICE**
Nonpriority Creditor's Name

**PO BOX 15369**
Number          Street

**WILMINGTON, DE 19850**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **0   4   8   2**                $0.00

**When was the debt incurred?**          **10/18/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.38** **JPMCB CARD**

Nonpriority Creditor's Name

**PO Box 15369**

Number          Street

**Wilmington, DE 19850**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   X   X   X   X

When was the debt incurred?          **10/18/2014**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**unknown**

---

**4.39** **JPMCB CARD SERVICES**

Nonpriority Creditor's Name

**PO Box 15369**

Number          Street

**Wilmington, DE 19850**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   6   3   3   7

When was the debt incurred?          **3/8/2015**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**$5,771.00**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

**4.40**  **JPMCB CARD SERVICES**
Nonpriority Creditor's Name

**PO Box 15369**
Number          Street

**Wilmington, DE 19850**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3  3  6  9**        **$5,340.00**

When was the debt incurred?          **10/26/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**4.41**  **JPMCB CARD SERVICES**
Nonpriority Creditor's Name

**PO Box 15369**
Number          Street

**Wilmington, DE 19850**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9  7  3  9**        **$0.00**

When was the debt incurred?          **8/17/2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

| | | |
|---|---|---|
| Debtor 1 | **Jose** **Luis** **Gonzalez** | Case number *(if known)* _____ |
| Debtor 2 | **Sahira** **Berenice** **Gonzalez** | |
| | First Name   Middle Name   Last Name | |

### Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.42** | **KOHLS/CAPITAL ONE** | Last 4 digits of account number    7   3   3   2 | $0.00
Nonpriority Creditor's Name

**N56 RIDGEWOOD DR**

Number     Street

**MENOMONEE FAL, WI 53051**

City     State     ZIP Code

When was the debt incurred?     **6/5/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **ChargeAccount**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.43** | **KOHLS/CAPITAL ONE** | Last 4 digits of account number    2   0   7   2 | $0.00
Nonpriority Creditor's Name

**N56 RIDGEWOOD DR**

Number     Street

**MENOMONEE FAL, WI 53051**

City     State     ZIP Code

When was the debt incurred?     **11/9/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **ChargeAccount**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|----------|----------|----------|--------------|------------|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

### 4.44 MACYS/CITIBANK NA

Nonpriority Creditor's Name

PO BOX 8218

Number          Street

MASON, OH 45040

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   0   4   3   1          **$899.00**

When was the debt incurred?          7/2/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   ChargeAccount

### 4.45 MIDLAND CREDIT MANAGEM

Nonpriority Creditor's Name

320 E BIG BEAVER RD STE

Number          Street

TROY, MI 48083

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   8   2   8   0          **$4,330.00**

When was the debt incurred?          3/27/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   FactoringCompanyAccount

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.46**

**NATIONS DIRECT MORTGAG**

Nonpriority Creditor's Name

**1 CORPORATE DR STE 360**

Number             Street

**LAKE ZURICH, IL 60047**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2   0   5   0**              **$0.00**

When was the debt incurred?        **10/27/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.47**

**NATIONSTAR/MR COOPER**

Nonpriority Creditor's Name

**8950 CYPRESS WATERS BLVD**

Number             Street

**COPPELL, TX 75019**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3   8   2   0**              **$0.00**

When was the debt incurred?        **1/13/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.48**   **PROVIDENT SAVINGS BANK**

Nonpriority Creditor's Name

**3756 CENTRAL AVE**

Number          Street

**RIVERSIDE, CA 92506**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3   0   4   8**          **$0.00**

When was the debt incurred?          **1/20/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.49**   **SEARS/CBNA**

Nonpriority Creditor's Name

**PO BOX 6283**

Number          Street

**SIOUX FALLS, SD 57117**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   4   1   5**          **$0.00**

When was the debt incurred?          **2/13/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

### Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.50**    **SHELL FEDERAL CREDIT U**

Nonpriority Creditor's Name

**301 E 13TH ST**

Number          Street

**DEER PARK, TX 77536**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0   0   0   1**          **$7,947.00**

When was the debt incurred?          **8/3/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.51**    **SOFI BANK, NATIONAL**

Nonpriority Creditor's Name

**2750 E COTTONWOOD PKWY**

Number          Street

**COTTONWOOD HEIGHTS, UT 84121**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   3   1   0**          **$0.00**

When was the debt incurred?          **9/13/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unsecured**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        **Total claim**

---

**4.52**   **SYNCB/AMAZON PLCC**
Nonpriority Creditor's Name

**PO BOX 71727**
Number      Street

**PHILADELPHIA, PA 19176**
City      State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **0**   **3**   **6**   **8**     **$0.00**

When was the debt incurred?     **3/14/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

---

**4.53**   **SYNCB/BANANA REP DC**
Nonpriority Creditor's Name

**PO BOX 965005**
Number      Street

**ORLANDO, FL 32896**
City      State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **6**   **0**   **7**   **6**     **$0.00**

When was the debt incurred?     **7/14/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.54   SYNCB/BANANA REPUBLI

Nonpriority Creditor's Name

**PO BOX 71727**

Number          Street

**PHILADELPHIA, PA 19176**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7   3   8   1**          **$0.00**

When was the debt incurred?          **12/24/2013**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

### 4.55   SYNCB/BRDC

Nonpriority Creditor's Name

**PO BOX 71727**

Number          Street

**PHILADELPHIA, PA 19176**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3   4   7   7**          **$0.00**

When was the debt incurred?          **7/14/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

---

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.56**  SYNCB/BRDC

Nonpriority Creditor's Name

**PO BOX 71727**

Number          Street

**PHILADELPHIA, PA 19176**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2  8  8  5**          **$0.00**

**When was the debt incurred?**          **7/14/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

---

**4.57**  SYNCB/BRDC

Nonpriority Creditor's Name

**PO BOX 71727**

Number          Street

**PHILADELPHIA, PA 19176**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3  4  7  7**          **$0.00**

**When was the debt incurred?**          **7/14/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    Total claim

---

**4.58**   **SYNCB/ROOMS TO GO**

Nonpriority Creditor's Name

**PO BOX 71727**

Number          Street

**PHILADELPHIA, PA 19176**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4   0   8   7**          $0.00

**When was the debt incurred?**          **2/22/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

---

**4.59**   **SYNCB/TJX COS DC**

Nonpriority Creditor's Name

**PO BOX 965015**

Number          Street

**ORLANDO, FL 32896**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   2   1   8**          $0.00

**When was the debt incurred?**          **8/20/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.60**

**SYNCB/VERIZON**
Nonpriority Creditor's Name

**PO BOX 965015**
Number          Street

**ORLANDO, FL 32896**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1  8  8  3**          **$0.00**

When was the debt incurred?          **11/27/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.61**

**SYNCHRONY BANK/AMAZON**
Nonpriority Creditor's Name

**P.O. BOX 71711**
Number          Street

**Philadelphia, PA 19176-1711**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3  8  1  8**          **$2,089.54**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|----------|----------|----------|--------------|---------|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.62  TARGET CARD SERVICES

Nonpriority Creditor's Name

**P.O. BOX 660170**

Number          Street

**Dallas, TX 75266-0170**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **9   7   4   4**          **$3,382.48**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

### 4.63  TBOM/ATLS/FORTIVA

Nonpriority Creditor's Name

**PO BOX 105555**

Number          Street

**ATLANTA, GA 30348**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0   4   0   2**          **$0.00**

**When was the debt incurred?**          **1/6/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.64**

| **TD BANK USA/TARGETCRED** | Last 4 digits of account number   2   9   5   3 | $3,382.48 |

Nonpriority Creditor's Name

**PO BOX 673**

Number          Street

When was the debt incurred?          **10/13/2018**

**MINNEAPOLIS, MN 55440**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**4.65**

| **TD BANK USA/TARGETCRED** | Last 4 digits of account number   7   4   3   0 | $0.00 |

Nonpriority Creditor's Name

**PO BOX 673**

Number          Street

When was the debt incurred?          **12/1/2012**

**MINNEAPOLIS, MN 55440**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|----------|----------|----------|--------------|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.66**

**Texas Children's Hospital**
Nonpriority Creditor's Name

**PO Box 844947**
Number          Street

**Dallas, TX 75284-4947**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **8   1   0   1**          **$433.85**

When was the debt incurred?          **01/08/2025**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

**4.67**

**TEXAS CHILDREN'S HOSPITAL**
Nonpriority Creditor's Name

**P.O. BOX 4494**
Number          Street

**Houston, TX 77210**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **8   1   0   1**          **$600.00**

When was the debt incurred?          **02/13/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.68**

**THD/CBNA**
Nonpriority Creditor's Name

**PO BOX 6497**
Number              Street

**SIOUX FALLS, SD 57117**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8   6   8   5**            **$1,344.00**

When was the debt incurred?          **8/18/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

**4.69**

**WELLS FARGO CARD SER**
Nonpriority Creditor's Name

**P.O. Box 51193**
Number              Street

**Los Angeles, CA 90051-5493**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   5   5   0**            **$0.00**

When was the debt incurred?          **7/30/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **MedicalDebt**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.70** **WFFNB/WF HEALTH ADVANT**

Nonpriority Creditor's Name

**PO BOX 393**

Number          Street

**MINNEAPOLIS, MN 55480**

City                 State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4    5    5    0**          **$0.00**

When was the debt incurred?          **7/30/2014**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

| Debtor 1 | Jose | Luis | Gonzalez | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Sahira | Berenice | Gonzalez | |
| | First Name | Middle Name | Last Name | |

**Part 3:      List Others to Be Notified About a Debt That You Already Listed**

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**1** | **FINANCIAL RECOVERY SERVICES, INC**
Name

**P.O. BOX 21405**

Number          Street

**Saint Paul, MN 55121-1405**

City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___ ___ ___ ___

---

**2** | **Midland Credit Management**
Name

**350 Caminio De La Reina Suite 100**

Number          Street

**San Diego, CA 92108**

City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.26** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**      ___ ___ ___ ___

---

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black;color:white">**Part 4:**</td><td>**Add the Amounts for Each Type of Unsecured Claim**</td></tr>
</table>

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
**Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$120,892.09** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$120,892.09** |

Fill in this information to identify your case:

Debtor 1 __Jose__ __Luis__ __Gonzalez__
First Name     Middle Name     Last Name

Debtor 2 __Sahira__ __Berenice__ __Gonzalez__
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Southern__ District of __Texas__

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 __Verizon__ Name __PO Box 489__ Number Street __Newark, NJ 07101-0489__ City State ZIP Code | Cellphone |
| 2.2 Name / Number Street / City State ZIP Code | |
| 2.3 Name / Number Street / City State ZIP Code | |
| 2.4 Name / Number Street / City State ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose** | **Luis** | **Gonzalez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
   
   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City               State             ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** **Gonzalez, Sahira Berenice** <br> Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number          Street <br> **24814 Alberti Sonata Dr** | ☑ Schedule G, line __**2.1**__ |
| Street 2 <br> **Katy, TX 77493** | |
| City          State          ZIP Code | |
| **3.2** <br> Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number          Street | ☐ Schedule G, line _____ |
| City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose** | **Luis** | **Gonzalez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | **OR Inventory Coordinator** | **Anesthesia Tech** |
| Employer's name | | **HOUSTON METHODIST HOSPITAL** | **HOUSTON METHODIST HOSPITAL** |
| Employer's address | | **6565 FANNIN GB240**<br>Number    Street | **6565 FANNIN GB240**<br>Number    Street |
| | | **Houston, TX 77030**<br>City    State    ZIP Code | **Houston, TX 77030**<br>City    State    ZIP Code |
| How long employed there? | | **5 years 10 months** | **6 years 11 months** |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $4,038.74 | $3,913.50 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $4,038.74 | $3,913.50 |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.................................................... ➔ 4. | **$4,038.74** | **$3,913.50** |

5. **List all payroll deductions:**

|  |  |  |  |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | **$458.70** | **$608.04** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | **$235.03** | **$198.85** |
| 5d. **Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** |
| 5e. **Insurance** | 5e. | **$308.26** | **$543.04** |
| 5f. **Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| 5g. **Union dues** | 5g. | **$0.00** | **$0.00** |
| 5h. **Other deductions.** Specify: <u>See additional page</u> | 5h. + | **$40.16** + | **$122.63** |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   **$1,042.15**   **$1,472.56**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   **$2,996.59**   **$2,440.94**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   **$0.00**   **$0.00**

8b. **Interest and dividends**   8b.   **$0.00**   **$0.00**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   **$0.00**   **$0.00**

8d. **Unemployment compensation**   8d.   **$0.00**   **$0.00**

8e. **Social Security**   8e.   **$0.00**   **$0.00**

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____   8f.   **$0.00**   **$0.00**

8g. **Pension or retirement income**   8g.   **$0.00**   **$0.00**

8h. **Other monthly income.** Specify: _____   8h. +   **$0.00** +   **$0.00**

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   **$0.00**   **$0.00**

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   **$2,996.59** +   **$2,440.94** =   **$5,437.53**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

---

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                     11. **+** _____ **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies          12. **$5,437.53**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

| | Amount |
|---|---|
| 5h. **Other Deductions For Debtor 1** | |
| **Legal Plan** | **$13.21** |
| **Cafe West Houston** | **$26.95** |
| 5h. **Other Deductions For Debtor 2 or non-filing spouse** | |
| **Fidelity Goal Booster** | **$88.83** |
| **Cafe Cypress** | **$33.80** |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

Debtor 1    **Jose**     **Luis**     **Gonzalez**

First Name      Middle Name      Last Name

Debtor 2    **Sahira**     **Berenice**     **Gonzalez**
(Spouse, if filing)

First Name      Middle Name      Last Name

United States Bankruptcy Court for the:     **Southern District of Texas**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

**1. Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

     ☑ No

     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **13** | ☐ No. ☑ Yes. |
| **Child** | **7** | ☐ No. ☑ Yes. |
| **Relative** | | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,452.09** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$200.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$200.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

Debtor 1    **Jose**    **Luis**    **Gonzalez**
Debtor 2    **Sahira**    **Berenice**    **Gonzalez**
　　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)* _____

| | Your expenses |
|---|---|

5.  **Additional mortgage payments for your residence,** such as home equity loans　　5.　　**$0.00**

6.  **Utilities:**

　6a.  Electricity, heat, natural gas　　6a.　　**$220.00**

　6b.  Water, sewer, garbage collection　　6b.　　**$210.00**

　6c.  Telephone, cell phone, Internet, satellite, and cable services　　6c.　　**$310.00**

　6d.  Other. Specify: _____　　6d.　　**$0.00**

7.  **Food and housekeeping supplies**　　7.　　**$2,063.00**

8.  **Childcare and children's education costs**　　8.　　**$160.00**

9.  **Clothing, laundry, and dry cleaning**　　9.　　**$150.00**

10.  **Personal care products and services**　　10.　　**$200.00**

11.  **Medical and dental expenses**　　11.　　**$0.00**

12.  **Transportation.** Include gas, maintenance, bus or train fare.
　　Do not include car payments.　　12.　　**$300.00**

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**　　13.　　**$100.00**

14.  **Charitable contributions and religious donations**　　14.　　**$0.00**

15.  **Insurance.**
　　Do not include insurance deducted from your pay or included in lines 4 or 20.

　15a. Life insurance　　15a.　　**$0.00**

　15b. Health insurance　　15b.　　**$0.00**

　15c. Vehicle insurance　　15c.　　**$260.00**

　15d. Other insurance. Specify: _____　　15d.　　**$0.00**

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
　　Specify: _____　　16.　　**$0.00**

17.  **Installment or lease payments:**

　17a. Car payments for Vehicle 1　**2020 Honda Pilot**　　17a.　　**$570.02**

　17b. Car payments for Vehicle 2　　17b.　　**$0.00**

　17c. Other. Specify: _____　　17c.　　**$0.00**

　17d. Other. Specify: _____　　17d.　　**$0.00**

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted
　　from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I).　　18.　　**$0.00**

19.  **Other payments you make to support others who do not live with you.**
　　Specify: _____　　19.　　**$0.00**

20.  **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

　20a. Mortgages on other property　　20a.　　**$0.00**

　20b. Real estate taxes　　20b.　　**$0.00**

　20c. Property, homeowner's, or renter's insurance　　20c.　　**$0.00**

　20d. Maintenance, repair, and upkeep expenses　　20d.　　**$0.00**

　20e. Homeowner's association or condominium dues　　20e.　　**$0.00**

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

21. **Other.** Specify: __ADT home security_____    21.    +    _____ **$56.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.    _____ **$7,451.11**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    _____ **$7,451.11**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a.    _____ **$5,437.53**

    23b. Copy your monthly expenses from line 22c above.    23b.    − _____ **$7,451.11**

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*    23c.    _____ **($2,013.58)**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes.    Starting April 1, 2025, Debtors will increase their mortgage payments to JPMCB from $2,313.60 to $2,454.37.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose** | **Luis** | **Gonzalez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Southern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1:   Summarize Your Assets

|  | **Your assets** |
|---|---|
|  | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................... | $310,317.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................... | $66,397.39 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................. | $376,714.39 |

## Part 2:   Summarize Your Liabilities

|  | **Your liabilities** |
|---|---|
|  | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $225,062.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $120,892.09 |
| **Your total liabilities** | $345,954.09 |

## Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................ | $5,437.53 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................. | $7,451.11 |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

**$9,785.20**

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$0.00** |

Fill in this information to identify your case:

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jose Luis Gonzalez**

Jose Luis Gonzalez, Debtor 1

Date **09/18/2025**
　　MM/ DD/ YYYY

X **/s/ Sahira Berenice Gonzalez**

Sahira Berenice Gonzalez, Debtor 2

Date **09/18/2025**
　　MM/ DD/ YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose** | **Luis** | **Gonzalez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number
(if known) _____

❑ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

❑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

❑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City        State  ZIP Code | | _____ City        State  ZIP Code | |
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City        State  ZIP Code | | _____ City        State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

❑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1  **Jose**          **Luis**              **Gonzalez**

Debtor 2  **Sahira**        **Berenice**          **Gonzalez**

First Name         Middle Name           Last Name

Case number *(if known)* _____

| **Part 2:** | Explain the Sources of Your Income |
| --- | --- |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$42,389.62** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$40,818.56** |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$50,588.29** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$56,288.03** |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$50,562.49** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$44,121.73** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | **401k Withdrawal (Fidelity Investments)** | **$7,066.60** |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | | | | |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Chase**<br>Creditor's Name | **07/16/2025** | **$7,956.27** | | ☑ Mortgage |
| **PO Box 78420**<br>Number    Street | **08/13/2025** | | | ☐ Car<br>☐ Credit card |
| | **09/10/2025** | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| **Phoenix, AZ 85062-8420**<br>City         State    ZIP Code | **09/17/2025** | | | ☐ Other _____ |
| **AMERICAN HONDA FINANCE**<br>Creditor's Name | **07/04/2025** | **$1,554.66** | | ☐ Mortgage |
| **3625 W ROYAL LN STE 100**<br>Number    Street | **07/24/2025** | | | ☑ Car<br>☐ Credit card |
| | **07/31/2025** | | | ☐ Loan repayment<br>☐ Suppliers or vendors |
| **IRVING, TX 75063**<br>City         State    ZIP Code | **08/01/2025** | | | ☐ Other _____ |
| | **09/11/2025** | | | |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

Debtor 1    **Jose**         **Luis**          **Gonzalez**
Debtor 2    **Sahira**       **Berenice**      **Gonzalez**
             First Name       Middle Name       Last Name                      Case number *(if known)* _____

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

Insider's Name

Number    Street

City              State    ZIP Code

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| | | | | |

Insider's Name

Number    Street

City              State    ZIP Code

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **American Express National Bank, Plaintiff v. Sahira Gonzalez, Defendant** | **Civil Debt Collection Lawsuit** | **Justice Court, Precinct 5 Place 2, Harris County, Texas**<br>Court Name<br>**16715 Clay Rd #4**<br>Number    Street<br>**Houston, TX 77084**<br>City              State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number **245100216986** | | | |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **JPMorgan Chase Bank N.A. v. Sahira B Gonzalez** | **Civil Debt Collection Lawsuit** | **Justice Court, Precinct 5 Place 2, Harris County, Texas** <br> Court Name <br> **16715 Clay Rd #4** <br> Number    Street <br> **Houston, TX 77084** <br> City                State        ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | **245200469416** | | | |
| Case title | **MIDLAND CREDIT MANAGEMENT, INC. vs JOSE L GONZALEZ** | **Civil Debt Collection Lawsuit** | **Justice Court, Precinct 5 Place 1, Harris County, Texas** <br> Court Name <br> **6000 Chimney Rock Suite 102** <br> Number    Street <br> **Houston, TX 77081** <br> City                State        ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | **255100221265** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City         State   ZIP Code | | _____ | _____ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City         State   ZIP Code | | _____ | _____ |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |
| _____ Person to Whom You Gave the Gift _____ _____ Number    Street _____ City          State     ZIP Code Person's relationship to you _____ | | _____ _____ | _____ _____ |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
| --- | --- | --- | --- |
| _____ Charity's Name _____ _____ Number    Street _____ City          State     ZIP Code | | _____ _____ | _____ _____ |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **001 Debtorcc, Inc**<br>Person Who Was Paid<br><br>Number      Street<br><br><br>City            State    ZIP Code<br><br>Email or website address<br><br>Person Who Made the Payment, if Not You | **Credit Counseling Class** | 08/24/2025 | $39.90 |
| **The Fleming-Bruce Law Firm, P.L.L.C.**<br>Person Who Was Paid<br><br>**12777 Jones Road Suite 110**<br>Number      Street<br><br><br>**Houston, TX 77070**<br>City            State    ZIP Code<br><br>Email or website address<br><br>Person Who Made the Payment, if Not You | | 02/01/2024 | $500.00 |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | | |
| _____ Number     Street | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ City          State     ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ Person Who Received Transfer | | | |
| _____ Number     Street | | | _____ |
| _____ | | | |
| _____ City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number     Street<br><br>_____<br>City         State   ZIP Code | **XXXX–** ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number     Street<br><br>_____<br>City         State   ZIP Code | _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City         State   ZIP Code | | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

Debtor 1 **Jose** **Luis** **Gonzalez**
Debtor 2 **Sahira** **Berenice** **Gonzalez**

First Name          Middle Name          Last Name

Case number *(if known)* _____

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| | | | |
| Number      Street | Number      Street | | |
| | | | |
| | City            State      ZIP Code | | |
| City            State      ZIP Code | | | |

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | _____ |
| Owner's Name | Number      Street | | |
| | | | |
| Number      Street | | | |
| | City            State      ZIP Code | | |
| City            State      ZIP Code | | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | | |
|----------|----------|----------|--------------|--|--|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ | |

| Governmental unit | Environmental law, if you know it | Date of notice |
|-------------------|-----------------------------------|----------------|
| | | |

_____
Name of site

_____
Number     Street

_____
City          State    ZIP Code

**Governmental unit**

_____
Governmental unit

_____
Number     Street

_____
City          State     ZIP Code

_____
Date of notice

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|-------------------|-----------------------------------|----------------|
| | | |

_____
Name of site

_____
Number     Street

_____
City          State    ZIP Code

**Governmental unit**

_____
Governmental unit

_____
Number     Street

_____
City          State     ZIP Code

_____
Date of notice

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|-----------------|--------------------|--------------------|
| | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Case title _____

_____

Case number _____

**Court Name**

_____
Number     Street

_____
City          State     ZIP Code

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|----------|----------|----------|--------------|--|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|--|-------------------------------------|-----|
| **Name**<br>_____ | | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number   Street**<br>_____ | Name of accountant or bookkeeper | Dates business existed |
| **City           State   ZIP Code**<br>_____ | | From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|--|-------------|
| **Name**<br>_____ | **MM / DD / YYYY** |
| **Number   Street**<br>_____ | |
| **City           State   ZIP Code**<br>_____ | |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

## Part 12:   Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**


**X** **/s/ Jose Luis Gonzalez**                          **X** **/s/ Sahira Berenice Gonzalez**

Signature of Jose Luis Gonzalez, Debtor 1              Signature of Sahira Berenice Gonzalez, Debtor 2


Date **09/18/2025**                          Date **09/18/2025**


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose** | **Luis** | **Gonzalez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7 **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AMERICAN HONDA FINANCE**<br><br>Description of property securing debt: **2020 Honda Pilot** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **JPMCB - HOME LENDING**<br><br>Description of property securing debt: **2498 square foot with 4 bedrooms and 2.5 bathrooms, attached 2-car garage 24814 Alberti Sonata Dr 24814 Alberti Sonata Dr Katy, TX 77493** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☐ No<br>☑ Yes |

| Debtor 1 | **Jose** | **Luis** | **Gonzalez** | |
|---|---|---|---|---|
| Debtor 2 | **Sahira** | **Berenice** | **Gonzalez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Verizon | ☐ No  ☑ Yes |
| Description of leased property: Cellphone | |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Jose Luis Gonzalez**
Signature of Debtor 1

X **/s/ Sahira Berenice Gonzalez**
Signature of Debtor 2

Date **09/18/2025**
    MM/ DD/ YYYY

Date **09/18/2025**
    MM/ DD/ YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**    Gonzalez, Jose Luis

Gonzalez, Sahira Berenice                              Case No. _____

**Debtor**                                              Chapter _____ **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................ **$500.00**

Prior to the filing of this statement I have received ............................................................... **$500.00**

Balance Due ............................................................................................................................ **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☐ Debtor          ☑ Other (specify)    **Legal Plan** _____

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **09/18/2025** | **/s/ La Shon Yvette Fleming Bruce** |
| --- | --- |
| *Date* | La Shon Yvette Fleming Bruce |
| | *Signature of Attorney* |

Bar Number: 24007188
The Fleming-Bruce Law Firm, P.L.L.C.
12777 Jones Road Suite 110
Houston, TX 77070
Phone: (281) 469-9090

**The Fleming-Bruce Law Firm, P.L.L.C.**
*Name of law firm*

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose** | **Luis** | **Gonzalez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Sahira** | **Berenice** | **Gonzalez** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$4,828.03** | **$4,840.50** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |

Debtor 1    **Jose**          **Luis**          **Gonzalez**
Debtor 2    **Sahira**        **Berenice**      **Gonzalez**
            First Name        Middle Name       Last Name                    Case number *(if known)* _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**

| | $0.00 | $0.00 |
|---|---|---|

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................................ ↓

For you.......................................................................    **$0.00**

For your spouse.......................................................    **$0.00**

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $0.00 | $116.67 |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.         +_____    +_____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| | $4,828.03 | + | $4,957.17 | = | $9,785.20 |
|---|---|---|---|---|---|

**Total current monthly income**

---

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11........................................................    **Copy line 11 here →**    $9,785.20

Multiply by 12 (the number of months in a year).                                                              **x 12**

12b. The result is your annual income for this part of the form.                                12b.    $117,422.40

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                         Texas

Fill in the number of people in your household.    5

Fill in the median family income for your state and size of household...............................................    13.    $121,819.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
     Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
     Go to Part 3 and fill out Form 122A–2.

Debtor 1   **Jose**          **Luis**          **Gonzalez**
Debtor 2   **Sahira**        **Berenice**     **Gonzalez**

First Name         Middle Name         Last Name                    Case number *(if known)* _____

| Part 3: | Sign Below |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Jose Luis Gonzalez** _____          **X** **/s/ Sahira Berenice Gonzalez** _____
Signature of Debtor 1                              Signature of Debtor 2

Date **09/18/2025** _____                        Date **09/18/2025** _____
     MM/  DD/  YYYY                                     MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Official Form 122A-1          **Chapter 7 Statement of Your Current Monthly Income**          page **3**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Gonzalez, Jose Luis**
      **Gonzalez, Sahira Berenice**

CASE NO

CHAPTER **7**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **09/18/2025**   Signature           **/s/ Jose Luis Gonzalez**
                                      Jose Luis Gonzalez, Debtor

Date   **09/18/2025**   Signature           **/s/ Sahira Berenice Gonzalez**
                                      Sahira Berenice Gonzalez, Joint Debtor

AMERICAN EXPRESS
P.O. BOX 6031
Carol Stream, IL 60197-6031

AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998

American Express National
Bank
P.O. Box 30384
Salt Lake City, UT 84130

AMERICAN HONDA FINANCE
3625 W ROYAL LN STE 100
IRVING, TX 75063

AMERICAN HONDA FINANCE
10801 WALKER ST STE 140
CYPRESS, CA 90630

AMEX
PO BOX 297871
FORT LAUDERDALE, FL 33329

AQUA FINANCE INC
1 CORP DR STE 300
WAUSAU, WI 54401

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998

BARCLAYS BANK/BAN REP
PO BOX 8803
WILMINGTON, DE 19899

BEST BUY/CBNA
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE, IL 60007

CADENCE BANK
301 UNIVERSITY DR
STARKVILLE, MS 39759

CAP1/KOHLS DEPARTMEN
N56 RIDGEWOOD DR
MENOMONEE FAL, WI 53051

CAP1/KOHLS DEPT STORE
N56 RIDGEWOOD DR
MENOMONEE FAL, WI 53051

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

CHASE FREEDOM
P.O. BOX 6294
Carol Stream, IL 60197-6294

Chase Freedom Unlimited
P.O. BOX 15123
Wilmington, DE 19850-5123

CITI TY MC/CBNA
PO BOX 6283
SIOUX FALLS, SD 57117

CITIBANK N.A.
P.O. BOX 9001037
Escondido, CA 40290-1037

CITIBANKNA
PO BOX 769006
SAN ANTONIO, TX 78245

CITICARDS CBNA
PO Box 6241
Sioux Falls, SD 57117

COMENITYBANK/BREADRWDS
PO BOX 182789
COLUMBUS, OH 43218

COMENITYCB/MYPLACERWDS
PO BOX 182120
COLUMBUS, OH 43218

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY, UT 84130

DISCOVER IT
P.O. BOX 71242
Charlotte, NC 28272-1242

FEB RETAIL/CCI
PO BOX 4499
BEAVERTON, OR 97076

FINANCIAL RECOVERY
SERVICES, INC
P.O. BOX 21405
Saint Paul, MN 55121-1405

Sahira Berenice Gonzalez
24814 Alberti Sonata Dr
Katy, TX 77493

HOME DEPOT CREDIT
SERVICES
P.O. BOX 78011
Phoenix, AZ 85062-8011

JPMCB - CARD SERVICE
PO BOX 15369
WILMINGTON, DE 19850

JPMCB - HOME LENDING
700 KANSAS LN
MONROE, LA 71203

JPMCB CARD
PO Box 15369
Wilmington, DE 19850

JPMCB CARD SERVICES
PO Box 15369
Wilmington, DE 19850

KOHLS/CAPITAL ONE
N56 RIDGEWOOD DR
MENOMONEE FAL, WI 53051

MACYS/CITIBANK NA
PO BOX 8218
MASON, OH 45040

MIDLAND CREDIT MANAGEM
320 E BIG BEAVER RD STE
TROY, MI 48083

Midland Credit Management
350 Caminio De La Reina Suite 100
San Diego, CA 92108

NATIONS DIRECT MORTGAG
1 CORPORATE DR STE 360
LAKE ZURICH, IL 60047

NATIONSTAR/MR COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

PROVIDENT SAVINGS BANK
3756 CENTRAL AVE
RIVERSIDE, CA 92506

SEARS/CBNA
PO BOX 6283
SIOUX FALLS, SD 57117

SHELL FEDERAL CREDIT U
301 E 13TH ST
DEER PARK, TX 77536

SOFI BANK, NATIONAL
2750 E COTTONWOOD PKWY
COTTONWOOD HEIGHTS, UT 84121

SYNCB/AMAZON PLCC
PO BOX 71727
PHILADELPHIA, PA 19176

SYNCB/BANANA REP DC
PO BOX 965005
ORLANDO, FL 32896

SYNCB/BANANA REPUBLI
PO BOX 71727
PHILADELPHIA, PA 19176

SYNCB/BRDC
PO BOX 71727
PHILADELPHIA, PA 19176

SYNCB/ROOMS TO GO
PO BOX 71727
PHILADELPHIA, PA 19176

SYNCB/TJX COS DC
PO BOX 965015
ORLANDO, FL 32896

SYNCB/VERIZON
PO BOX 965015
ORLANDO, FL 32896

SYNCHRONY BANK/AMAZON
P.O. BOX 71711
Philadelphia, PA 19176-1711

TARGET CARD SERVICES
P.O. BOX 660170
Dallas, TX 75266-0170

TBOM/ATLS/FORTIVA
PO BOX 105555
ATLANTA, GA 30348

TD BANK USA/TARGETCRED
PO BOX 673
MINNEAPOLIS, MN 55440

Texas Children's Hospital
PO Box 844947
Dallas, TX 75284-4947

TEXAS CHILDREN'S HOSPITAL
P.O. BOX 4494
Houston, TX 77210

THD/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117

Verizon
PO Box 489
Newark, NJ 07101-0489


WELLS FARGO CARD SER
P.O. Box 51193
Los Angeles, CA 90051-5493


WFFNB/WF HEALTH ADVANT
PO BOX 393
MINNEAPOLIS, MN 55480